IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRANDON MITCHELL DARRAH, Defendant. | CR 20-20-M-DLC ORDER |

The United States has filed an unopposed motion requesting to appear telephonically for the detention hearing scheduled for 9:30 a.m. on September 29, 2020. Good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. Counsel for the United States may appear by telephone at the detention hearing. The United States shall make arrangements with the Clerk of Court's office.

DATED this 28th day of September, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1