IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON MITCHELL DARRAH,<br><br>Defendant. | CR 20–20–M–DLC<br><br><br><br>ORDER |

Before the Court is the government's Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 42.) Defendant Brandon Mitchell Darrah appeared before the Court on August 20, 2020 and entered a plea of guilty to Count I of the Indictment. He also admitted the forfeiture allegation. Darrah's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 42) is GRANTED. IT IS FURTHER ORDERED that:

(1) Darrah's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Smith and Wesson, Model 686, .3578 revolver (serial number CYM4361); and
- 123 rounds of assorted ammunition.

(2)     The United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

(3)     The United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of this Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

(4)     Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 13th day of November, 2020.

_____
Dana L. Christensen, District Judge
United States District Court