IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–20–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BRANDON MITCHELL DARRAH, | |
| Defendant. | |

Before the Court is Defendant Brandon Mitchell Darrah's Unopposed Motion for Final Order of Forfeiture. (Doc. 55.) After reviewing the motion, the Court FINDS that:

(1) The government commenced this action pursuant to 18 U.S.C. § 924(d);

(2) The Court entered a preliminary order of forfeiture on November 13, 2020 (Doc. 44);

(3) The government provided all known interested parties an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1) (Doc. 55 at 2); and

(4) Cause appears to support the issuance a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

(1)   The motion (Doc. 55) is GRANTED;

(2)   Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Smith and Wesson, Model 686, .3578 revolver (serial number CYM4361); and
- 123 rounds of assorted ammunition.

(3)   The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the law.

DATED this 27th day of January, 2021.

*[signature]*

Dana L. Christensen, District Judge
United States District Court